DAVID S. LIM *v.* MOTOR SUPPLY, LTD.

No. 4131.

JULY 28, 1961.

TSUKIYAMA, C. J., CASSIDY, WIRTZ, LEWIS, JJ.,
AND CIRCUIT JUDGE JAMIESON
ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing presents no ground for further consideration of the case. It is merely a reargument of matters considered and disposed of by our opinion.

Petition denied, all members of the court concurring except Cassidy, J., who dissented from the original opinion.

*George W. T. Loo (Loo & Loo)* for the petition.